Minnie Cohen and Morris Cohen, Appellants, v. B. Westermann Company, Inc., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Joseph Auerbach, Respondent, v. Grand National Pictures, Limited, Defendant. Lewis Civval, as Liquidator of Grand National Pictures, Limited, Appearing Specially, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to Lewis Civval, as liquidator of Grand National Pictures, Limited, to appear generally and to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (November 25, 1941.)

In the Matter of the Application of Eugene Sullivan, Petitioner, Respondent, against Joseph Flaherty and Others, Appellants, Impleaded with Frances E. Golden and Others, Respondents, for an Order to Review the Action of the Inspectors of the Primary Election of the 32nd Election District of the First Assembly District West, New York County, in the Conduct of the Election and the Canvassing of the Vote Cast at the Primary Election Held on September 16th, 1941, for County Committee of the Various Election Districts of the First Assembly District West, New York County, and for Other and Further Relief.— Order denying motion of defendants-appellants to set aside service of process unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.   [See 262 App. Div. 694.]